UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF NORTH CAROLINA
ASHEVILLE DIVISION

| | |
|---|---|
| RYAN CRAIG STEVENS,<br><br>    Plaintiff,<br><br>    v.<br><br>MONTREAT COLLEGE, DR. PAUL J. MAURER, DR. DANIEL BENNETT, DR. DOROTHEA SHUMAN, and DR. RYAN ZWART,<br><br>    Defendants. | Case No. 1:24-cv-235 |

## NOTICE OF REMOVAL

Defendants Montreat College, Dr. Paul J. Maurer, Dr. Daniel Bennett, Dr. Dorothea Shuman, and Dr. Ryan Zwart (the "Defendants"), pursuant to 28 U.S.C. §§ 1441 and 1446, hereby remove this matter from Buncombe County Superior Court to this court. In support of this notice, Defendants state as follows:

## BACKGROUND

1. On 25 October 2022, Plaintiff Ryan Craig Stevens ("Plaintiff"), acting *pro se*, filed a complaint against Montreat and Defendants Dr. Paul J. Maurer, Dr. Daniel Bennett, Dr. Dorothea Shuman, and Dr. Ryan Zwart (the "Individual Defendants") in Buncombe County Superior Court. This action (the "First Action") was later removed to this Court, and it is currently pending as Case No. 1:23-cv-00284.

2. Plaintiff later initiated a second action in Buncombe County Superior Court (the "Second Action"). The Defendants removed that action as well, and it is currently pending as Case No. 1:24-cv-00225.

3. Defendants have since learned that Plaintiff also initiated a third action in state court (the "Third Action"), case number 24CVS002712-100, by filing a complaint (the "Complaint") in Buncombe County Superior Court on 24 June 2024. The allegations in the Complaint are substantially similar to those in the First Action and the Second Action. A copy of the Complaint is attached as Exhibit 1.

4. In the Third Action, Plaintiff caused the clerk to sign documents entitled "Summons in a Civil Action" on 26 June 2024 and documents entitled "Alias and Pluries Summons in a Civil Action" on 3 September 2024. Plaintiff caused a copy of the complaint and a copy of the Alias and Pluries Summons to be delivered to Defendant Dr. Ryan Zwart on or about 9 September 2024.

BASIS FOR REMOVAL

5. "Except as otherwise expressly provided by Act of Congress, any civil action brought in a State court of which the district courts of the United States have original jurisdiction may be removed by the defendant or the defendants to the district court of the United States for the district and division embracing the place where such action is pending." 28 U.S.C. § 1441(a).

6. This court has original jurisdiction over this action under its federal question and supplemental jurisdiction. 28 U.S.C. § 1331 ("The district courts shall have original jurisdiction of all civil actions arising under the Constitution, laws, or treaties of the United States."); 28 U.S.C. § 1367 ("[T]he district courts shall have supplemental jurisdiction over all other claims that are so related to the claims in the action within such original jurisdiction that they form part of the same case or controversy . . .")

7. Although not all of the Defendants have been properly served, all Defendants consent to removal. Removal is timely.

8. The Buncombe County Superior Court is embraced by the Asheville Division of the Western District of North Carolina. Accordingly, venue in this court is proper. 28 U.S.C. § 1441(a).

2

9. Pursuant to 28 U.S.C. § 1446(d), a copy of this Notice of Removal will be filed promptly with the Clerk of Court for Buncombe County Superior Court, and a written notice of removal will be provided promptly to Plaintiff.

WHEREFORE, Defendants hereby provide notice that the action captioned as *Ryan Craig Steven v. Montreat College et al.*, Case No. 24CVS002712-100 in the Buncombe County Superior Court has been removed to this court.

This the 10th day of September, 2024.

**WOMBLE BOND DICKINSON (US) LLP**

By: /s/ Jesse Schaefer
Beth Tyner Jones, N.C. State Bar No. 15923
Jesse Schaefer, N.C. State Bar No. 44773
555 Fayetteville Street, Suite 1100
Raleigh, NC 27601
Telephone: (919) 755-8182
Facsimile: (919) 755-6752
Email: jesse.schaefer@wbd-us.com
    beth.jones@wbd-us.com

*Defendants Montreat College, Dr. Paul J. Maurer, Dr. Daniel Bennett, Dr. Dorothea Shuman, and Dr. Ryan Zwart*

## CERTIFICATE OF SERVICE

I hereby certify that I have this day served the foregoing **NOTICE OF REMOVAL** to the following persons via U.S. mail:

>Ryan Craig Stevens
>23 Sleepy Hollow Lane
>Swannanoa, NC 28778
>ryan_stevens316@icloud.com
>*Plaintiff pro se*

This the 10th day of September, 2024.

**WOMBLE BOND DICKINSON (US) LLP**

By: /s/ Jesse Schaefer
Beth Tyner Jones, N.C. State Bar No. 15923
Jesse Schaefer, N.C. State Bar No. 44773
555 Fayetteville Street, Suite 1100
Raleigh, NC 27601
Telephone: (919) 755-8182
Facsimile: (919) 755-6752
Email: jesse.schaefer@wbd-us.com
     beth.jones@wbd-us.com

*Defendants Montreat College, Dr. Paul J. Maurer, Dr. Daniel Bennett, Dr. Dorothea Shuman, and Dr. Ryan Zwart*