# United States District Court
## Western District of North Carolina
### Asheville Division

| | | |
|---|---|---|
| Ryan Craig Stevens**,** | ) | JUDGMENT IN CASE |
| | ) | |
| Plaintiff, | ) | 1:24-cv-00235-MR-WCM |
| | ) | |
| vs. | ) | |
| | ) | |
| Montreat College, et al.**,** | ) | |
| Defendants. | ) | |

DECISION BY COURT. This action having come before the Court and a decision having been rendered;

IT IS ORDERED AND ADJUDGED that Judgment is hereby entered in accordance with the Court's January 27, 2025 Order.

January 27, 2025

Katherine Hord Simon, Clerk
United States District Court